**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------X

ANDREW MILLER, MARCUS JOHNSON, and JONATHAN HAGEMAN, individually and on behalf of others similarly situated,

Plaintiffs,

25 **CIVIL** 2684 (NRB)
25 **CIVIL** 5079 (NRB)

-against-

**JUDGMENT**

FIVERR INC.,

Defendant.

------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated August 21, 2026, defendant's motion is granted; accordingly, case number 25-cv-2684 and 25-cv-5079 are closed.

**Dated:** New York, New York
August 24, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**